```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  GREGG W. LOWDER (CSBN 107864)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6960
7      Fax: (415) 436-7044

8  Attorneys for Plaintiff
```

FILED
2006 APR 27 PM 3:39
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 06-0191 WHA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 27, 006 THROUGH MAY 9, 2006 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| v. | ) | |
| THOMAS ANTHONY BYNUM, | ) | |
| Defendant. | ) | |

On April 27, 2006, the parties appeared before the Honorable James Larson for initial appearance in federal court of the defendant and for arraignment on the indictment. The defendant was personally present and released on bond. Juliana Drouse, Esq., appeared on behalf of the defendant. The United States was represented by Assistant United States Attorney Gregg W. Lowder.

The matter was continued for initial appearance before the Honorable William Alsup, United States District Judge, for initial appearance on Tuesday, May 9, 2006 @ 2:00 p.m.

The parties agree and seek to exclude time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 27, 006 through May 9, 2006 in order allow time to effectively prepare in light of the provision of discovery to the defense by the prosecution. The parties request the Court to find and order that the time from April 27, 006 through May 9, 2006  2006

Order re Speedy Trial Exclusion of Time
CR 06-0191 WHA

1  be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the following
2  reasons:
3    1. The attorney for the defendant has just made her initial appearance in Court, is in the
4  process of receiving initial discovery from the government and needs time to review that
5  discovery in order to be effectively prepared to represent the defendant; and the attorney
6  for the defendant believes an exclusion of time from calculations under the Speedy Trial
7  Act is necessary to allow the defense to effectively prepare, is in the defendant's best
8  interests and is with the defendant's consent; the attorney for the defendant agrees that the
9  exclusion of time from April 27, 006 through May 9, 2006 is appropriate under the
10 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv);
11   2. The defendant joins in the request to exclude time April 27, 006 through May 9, 2006
12 for the reasons stated above; and
13   Given these circumstances, the Court orders a initial appearance before the Honorable
14 William Alsup, United States District Judge, on Tuesday, May 9, 2006 at 2:00 p.m., and finds
15 and orders that the ends of justice served by excluding from calculations the period from April
16 27, 006 through May 9, 2006 outweigh the best interests of the public and the defendant in a
17 speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(8)(B)(iv), and the time from is
18 ordered excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

**SO STIPULATED:**

DATED: 4/27/06

JULIANA DROUSE
Attorney for Defendant

DATED: 4/27/06

/s/
GREGG W. LOWDER
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 4-27-06

JAMES LARSON
United States District Court Judge

Order re Speedy Trial Exclusion of Time
CR 06-0191 WHA                                        2