KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Fax: (415) 436-7044

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.    CR 06-0191 WHA |
|    Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME FROM** |
| v. ) | **MAY 9, 2006 THROUGH JUNE 13, 2006** |
| ) | **FROM CALCULATIONS UNDER THE** |
| THOMAS ANTHONY BYNUM, ) | **SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
|    Defendant. ) | |

    On May 9, 2006, the parties appeared before the Honorable William Alsup, United States District Judge, for initial appearance in district court of the defendant. The defendant was personally present and released on bond. Juliana Drouse, Esq., appeared on behalf of the defendant. The United States was represented by Assistant United States Attorney Gregg W. Lowder.

    The defense received 143 pages of discovery from the government approximately one week after the defendant's initial appearance and arraignment on April 27, 2006 before the Honorable James Larson, United States Magistrate Judge. In reviewing the discovery, the defense determined that further investigation is necessary, which will include witness interviews and the review of a video tape not yet in the possession of the defense. Accordingly, the matter was continued for setting of motions and/or trial date before this Court on June 13, 2006 @ 2:00

Order re Speedy Trial Exclusion of Time
CR 06-0191 WHA

p.m.

The parties agree to exclude and seek to exclude time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from May 9, 2006 through June 13, 2006 in order allow reasonable time to effectively prepare in light of the further discovery review and the need to interview witnesses and obtain a video tape. Time is also sought to be excluded on the basis of the need for continuity of counsel, as the defense counsel will be unavailable for two weeks during this period due to a pre-planned vacation. The parties request the Court find and order that the time from May 9, 2006 through June 13, 2006 be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the following reasons:

1. The attorney for the defendant is continuing the process of reviewing initial discovery from the government and needs time to conduct follow-up interviews and to review physical evidence in order to be effectively prepared to represent the defendant; and the attorney for the defendant believes an exclusion of time from calculations under the Speedy Trial Act is necessary to allow the defense to effectively prepare as well as for continuity of counsel due to defense counsel's intervening pre-planned two week vacation, and the continuance and exclusion is in the defendant's best interests and is with the defendant's knowledge and consent; and the attorney for the defendant agrees that the exclusion of time from May 9, 2006 through June 13, 2006 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv);

2. The defendant understands and joins in the request to exclude time from Speedy Trial Act calculations from May 9, 2006 through June 13, 2006 for the reasons stated above; and

3. The government agrees to the exclusion of time from Speedy Trial Act calculations for the above time and for the above reasons.

Given these circumstances, the Court orders a status conference and setting date before this Court on Tuesday, June 13, 2006 at 2:00 p.m., and finds and orders that for the above reasons, including the need for reasonable time to permit effective preparation and for continuity of counsel, the ends of justice served by excluding from calculations the period from May 9,

2006 through June 13, 2006 outweigh the best interests of the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(8)(B)(iv), and the time from May 9, 2006 through June 13, 2006 is ordered excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

**SO STIPULATED**:

DATED:_____   /S/
JULIANA DROUSE
Attorney for Defendant

DATED: May 16, 2006   /S/
GREGG W. LOWDER
Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: 5/18/06
_____
WILLIAM ALSUP
United States District Judge

Order re Speedy Trial Exclusion of Time
CR 06-0191 WHA                              3