JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
THOMAS BYNUM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS BYNUM,<br><br>    Defendant. | NO. CR-06-00191 WHA<br><br>DECLARATION AND [PROPOSED]<br>ORDER RE: CONDITIONS OF RELEASE |

### DECLARATION OF COUNSEL

I, JULIANA DROUS, declare under penalty of perjury as follows:

I represent defendant THOMAS BYNUM on the above referenced case in which he is charged with and has pled guilty to a violation of 18 U.S.C. § 922(g)(1) [illegal possession of a firearm]. Mr. Bynum was granted pre-trial release by the Honorable James Larson. His pre-trial release is supervised by Pretrial Services Officer Anthony Garnados. Mr. Garnados reports that Mr. Bynum has followed all of the conditions of his pre-trial release.

Mr. Bynum's family has rented a cabin in Clearlake, in Lake County, California from July 24, through July 31, 2006 for a family vacation. One of Mr. Bynum's pre-trial release conditions is that he abide by a curfew - he is to be in his parents home from 10:00 p.m. until 6:00 a.m. Mr. Garnados has no objection to Mr. Thomas going on vacation with his family, but has asked that I obtain a court order permitting this trip because of the curfew condition. A.U.S.A. Greg Lowder has also stated that he has no objection to this request.

Therefore, I respectfully request that the Court sign the attached order.

Executed on July 12, 2006 at San Francisco, California.

/s/
_____
JULIANA DROUS
Attorney for Defendant
THOMAS BYNUM

IT IS SO ORDERED.

DATED: 7/11/06

_____
~~HON. JAMES LARSON~~
Magistrate Judge

Nandor J. Vadas
United States Magistrate Judge