1  JULIANA DROUS
   Attorney at Law SB#92156
2  214 Duboce Avenue
   San Francisco, California 94103
3  Telephone: (415) 863-3580
   Facsimile: (415) 255-8631
4  jdrous@msn.com

5  Attorney for Defendant
   THOMAS BYNUM
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES,                 )   NO. CR-06-00191 WHA
10                                )
           Plaintiff,              )
11                                )
   v.                              )
12                                )   DECLARATION AND [PROPOSED]
   THOMAS BYNUM,                   )   ORDER RE: CONDITIONS OF RELEASE
13                                )
           Defendant.              )
14 _____)

15
                    DECLARATION OF COUNSEL
16
       I, JULIANA DROUS, declare under penalty of perjury as follows:
17
       I represent defendant THOMAS BYNUM on the above referenced case in which he is
18
   charged with and has pled guilty to a violation of 18 U.S.C. § 922(g)(1) [illegal possession of a
19
   firearm]. Mr. Bynum was granted pre-trial release by the Honorable James Larson. His pre-trial
20
   release is supervised by Pretrial Services Officer Anthony Garnados. Mr. Garnados reports that Mr.
21
   Bynum has followed all of the conditions of his pre-trial release.
22
       Mr. Bynum's family has rented a cabin in Clearlake, in Lake County, California from July
23
   24, through July 31, 2006 for a family vacation. One of Mr. Bynum's pre-trial release conditions
24
   is that he abide by a curfew - he is to be in his parents home from 10:00 p.m. until 6:00 a.m. Mr.
25
   Garnados has no objection to Mr. Thomas going on vacation with his family, but has asked that I
26
   obtain a court order permitting this trip because of the curfew condition. A.U.S.A. Greg Lowder has
27
   also stated that he has no objection to this request.
28

1 | Therefore, I respectfully request that the Court sign the attached order.
2 | Executed on July 12, 2006 at San Francisco, California.

/s/
JULIANA DROUS
Attorney for Defendant
THOMAS BYNUM

IT IS SO ORDERED.
DATED: 7/11/06

~~HON. JAMES LARSON~~
Magistrate Judge

Nandor J. Vadas
United States Magistrate Judge