## ~~PROPOSED~~ ORDER/COVER SHEET

| | | |
|---|---|---|
| **TO:** | Honorable James Larson<br>Chief U.S. Magistrate Judge | **RE:** Thomas Bynum |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** CR 06-0191 WHA |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Anthony Granados | 408-535-5223 |
|---|---|
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**A. The defendant shall participate in mental health / substance abuse counseling as directed by Pretrial Services**

**B. The defendant shall not use or possess any narcotic or other controlled substance without a legal prescription**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____
_____

_____          8-18-06
**JUDICIAL OFFICER**                             **DATE**

Cover Sheet (12/03/02)